# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**ROBERT H. COLLINS, JR., et al.,**

    **Plaintiffs,**

**v.**                               **Case No. 8:09-cv-1147-T-30AEP**

**COUNTRYWIDE HOME LOANS, INC.,**
**et al.,**

    **Defendants.**

_____/

## ORDER OF DISMISSAL

      The Court has been advised via a Joint Notice of Imminent Settlement (Dkt. #73) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

      **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

      **DONE** and **ORDERED** in Tampa, Florida on July 12, 2010.

                                  JAMES S. MOODY, JR.
                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2009\09-cv-1147.dismiss 73.wpd